| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Scalia, Antonin | 2. Court or Organization<br><br>Supreme Court of the U.S. | 3. Date of Report<br><br>5/13/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Associate Justice | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>Supreme Court of the U.S.<br>One First Street, N.E.<br>Washington, D.C. 20543 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Honorary Member | U.S. Association of Constitutional Law |
| 2. Advisory Board Member | Temple University Law School Program in People's Republic of China |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 5/13/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2010 | Colgate University - Donation to charitable organization | $1,000.00 |
| 2. | 2010 | DePaul University - Teaching | $4,000.00 |
| 3. | 2010 | Loyola University Chicago - Teaching | $10,000.00 |
| 4. | 2010 | University of California Hastings College of Law - Teaching | $8,000.00 |
| 5. | 2010 | University of Richmond - Teaching | $2,500.00 |
| 6. | 2010 | West Services, Inc. - Book royalties | $37,797.19 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | February 9-10 | Sydney, Australia | Speech & Moot Court | Transportation, Food, and Lodging |
| 2. | DePaul University | September 22 | Chicago, IL | Teaching | Transportation, Food, and Lodging |
| 3. | Florida State University | April 8 | Tallahassee, FL | Lecture | Transportation, Food, and Lodging |
| 4. | Garner, Bryan A. | August 7-9 | Newport, RI | Personal | Transportation, Food, and Lodging |
| 5. | Loyola University Chicago | July 5-15 | Rome, Italy | Teaching | Transportation, Food, and Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 5/13/2011 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Marquette University | September 8 | Milwaukee, WI | Lecture | Transportation, Food, and Lodging |
| 7. | Mississippi College | January 4 | Clinton, MS | Lecture | Transportation, Food, and Lodging |
| 8. | Montana State University | July 28 | Bozeman, MT | Lecture | Tranportation, Food |
| 9. | New-York Historical Society | February 4 | New York, NY | Speech | Transportation, Food |
| 10. | St. Thomas More Society of Northern Wisconsin | October 28 | Green Bay, WI | Speech | Transportation, Food |
| 11. | Texas Tech University | November 12-15 | Lubbock, TX | Lectures | Transportation, Food, and Lodging |
| 12. | University of Califonia Hastings College of Law | September 17 | San Francisco, CA | Teaching | Transportation, Food, and Lodging |
| 13. | University of Texas | April 24 | Austin, TX | Lectures | Transportation, Food, and Lodging |
| 14. | University of Virginia | April 16 | Charlottesville, VA | Lecture | Food, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 5/13/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | NW Mutual Life Insurance Company | Loan on insurance | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TIAA-CREF | C | Interest | L | T | | | | | |
| 2. Chevy Chase Bank | A | Interest | L | T | | | | | |
| 3. Vanguard Inflation Protected Securities Fund (VIPSX) | C | Dividend | M | T | | | | | |
| 4. Schwab Adv Cash Reserves (Money Market Fund) | A | Dividend | L | T | | | | | |
| 5. American Funds Bond Fund of America 529F1 (CFAFX) | A | Dividend | J | T | | | | | |
| 6. American Funds Capital World Growth & Income 529F1 (CWIFX | A | Dividend | J | T | | | | | |
| 7. American Funds Growth Fund of America 529F1 (CGFFX) | A | Dividend | J | T | | | | | |
| 8. American Funds Income Fund of America 529F1 (CIMFX) | A | Dividend | J | T | | | | | |
| 9. Calvert Global Alt Energy (CAEIX) | | None | K | T | Buy (add'l) | 10/28/10 | K | | |
| 10. Harbor Bond Fund Inst (HABDX) | D | Dividend | L | T | | | | | |
| 11. Ivy Science & Technology (ISTIX) | A | Dividend | K | T | | | | | |
| 12. Keeley Small Cap Value (KSCIX) | | None | K | T | Buy (add'l) | 10/28/10 | K | | |
| 13. Oppenheimer Gold & Prec Metals (OPGSX) | C | Dividend | K | T | | | | | |
| 14. Templeton Global Bond (TGBAX) | B | Dividend | K | T | | | | | |
| 15. Vanguard Short-Term Bond Fund (VBSSX) | B | Dividend | L | T | | | | | |
| 16. Vanguard Total Stock Market ETF (VTI) | A | Dividend | K | T | | | | | |
| 17. Berkshire Hathaway Class B common shares (BRKB) | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ING Fixed Index Annuity | E | Dividend | N | T | | | | | |
| 19. PIMCO Stocks Plus Short Strategy (PSTIX) | A | Dividend | | | Sold | 08/06/10 | K | A | |
| 20. SPDR Gold Trust ETF (GLD) | | None | K | T | Sold (part) | 10/20/10 | K | B | |
| 21. Wells Fargo High Yield Bond (SHYYX) | C | Dividend | K | T | | | | | |
| 22. Vanguard Energy ETF | A | Dividend | K | T | | | | | |
| 23. Vanguard Mid Cap ETF (VO) | A | Dividend | K | T | | | | | |
| 24. Dodge & Cox International Stock (DODFX) | A | Dividend | K | T | Buy | 10/28/10 | K | | |
| 25. Fidelity Floating Rate High Yield Bond Fund (FFRHX) | A | Dividend | K | T | Buy | 09/17/10 | K | | |
| 26. | | | | | | | | | |
| 27. Trust #1 | D | Dividend | O | T | | | | | |
| 28. -BIF Money Fund (cash account) | | | | | | | | | |
| 29. -BlackRock Large Cap Core Fund Instl (MALRX) | | | | | Sold (part) | 06/09/10 | J | A | |
| 30. -BlackRock Global Sm Cap Fund Instl (MAGCX) | | | | | Sold (part) | 06/09/10 | J | | |
| 31. | | | | | Sold (part) | 12/23/10 | J | A | |
| 32. -BlackRock Equity Dividend Instl (MADVX) | | | | | Sold (part) | 06/09/10 | K | | |
| 33. | | | | | Sold (part) | 12/23/10 | J | A | |
| 34. -BlackRock Global Allocation instl (MALOX) | | | | | Buy (add'l) | 06/09/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -BlackRock Inflation Protected Bond Instl (BPRIX) | | | | | Sold | 06/09/10 | K | B | |
| 36. -BlackRock Bond Port Instl (PNBIX) | | | | | Buy (add'l) | 06/09/10 | J | | |
| 37. -BlackRock US Opportunities Port Instl (BMCIX) | | | | | Sold | 06/09/10 | K | | |
| 38. -BlackRock Capital Appreciation Fund Inc Instl (MAFGX) | | | | | Sold (part) | 06/09/10 | J | A | |
| 39. | | | | | Sold (part) | 12/23/10 | J | C | |
| 40. -BlackRock Low Duration Bond Instl (BFMSX) | | | | | Buy | 06/09/10 | K | | |
| 41. -BlackRock Intl Opp Port instl (BISIX) | | | | | Buy | 06/09/10 | K | | |
| 42. | | | | | Sold (part) | 12/23/10 | J | A | |
| 43. -BlackRock Mid Cap Value Equity Instl (CMVIX) | | | | | Buy | 06/09/10 | K | | |
| 44. | | | | | Sold (part) | 12/23/10 | J | A | |
| 45. Trust #2 (X) | B | Dividend | M | T | | | | | |
| 46. -Schwab Adv Cash Reserves (Money Market Fund) | | | | | | | | | |
| 47. -American Funds Capital World Growth & Income F (CWGFX) | | | | | Buy | 11/04/10 | J | | |
| 48. -American Funds EuroPacific Growth F (AEGFX) | | | | | Buy | 11/04/10 | J | | |
| 49. -Berkshire Hathaway Class B common shares (BRKB) | | | | | Buy | 11/04/10 | J | | |
| 50. -Calvert Global Alt Energy (CAEIX) | | | | | Buy | 11/04/10 | J | | |
| 51. -CGM Realty (CGMRX | | | | | Buy | 11/04/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Dodge & Cox International Stock (DODFX) | | | | | Buy | 11/04/10 | J | | |
| 53. -EGA Brazil Infrastructure ETF (BRXX) | | | | | Buy | 11/04/10 | J | | |
| 54. -Fidelity Floating Rate High Yield Bond Fund (FFRHX) | | | | | Buy | 11/04/10 | J | | |
| 55. -Harbor Bond Fund Inst (HABDX) | | | | | Buy | 11/04/10 | J | | |
| 56. -Ivy Science & Technology (ISTIX) | | | | | Buy | 11/04/10 | J | | |
| 57. -Keeley Small Cap Value (KSCIX) | | | | | Buy | 11/04/10 | J | | |
| 58. -Oppenheimer Gold & Prec Metals (OPGSX) | | | | | Buy | 11/04/10 | J | | |
| 59. -SPDR Gold Trust ETF (GLD) | | | | | Buy | 11/04/10 | K | | |
| 60. -Templeton Global Bond (TGBAX) | | | | | Buy | 11/04/10 | J | | |
| 61. -Vanguard Emerging Market ETF (VWO) | | | | | Buy | 11/04/10 | J | | |
| 62. -Vanguard Energy ETF | | | | | Buy | 11/04/10 | J | | |
| 63. -Vanguard Inflation Protected Securities Fund (VIPSX) | | | | | Buy | 11/04/10 | J | | |
| 64. -Vanguard Mid Cap ETF (VO) | | | | | Buy | 11/04/10 | J | | |
| 65. -Vanguard Short-Term Bond Fund (VBSSX) | | | | | Buy | 11/04/10 | J | | |
| 66. -Vanguard Total Stock Market ETF (VTI) | | | | | Buy | 11/04/10 | J | | |
| 67. -Wells Fargo High Yield Bond (SHYYX) | | | | | Buy | 11/04/10 | J | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less         K =$15,001 - $50,000       L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000     O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                         P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal               R =Cost (Real Estate Only) S =Assessment                T =Cash Market
   (See Column C2)              U =Book Value              V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/13/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, Line 28 - Money market vehicle was switched from CMA Money Fund to BIF Money Fund by financial institution.

2) Part VII, Line 38 - This asset was formerly known as BlackRock Fundamental Growth Instl.

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 5/13/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Antonin Scalia**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544